IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER ROLAND FENNER, ) ) ) Plaintiff, ) ) VS. ) ) DALE HANNA, ET AL, ) ) Defendants. ) | CIVIL ACTION NO. 3:22-CV-1394-G-BN |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, the court **DENIES** the unsevered portion of the plaintiff's motion for relief under Federal Rule of Civil Procedure 60(b) (docket entry 29) and

**DIRECTS** the Clerk of Court, solely for statistical purposes, to **REOPEN** and then **CLOSE** this case.

    **SO ORDERED.**

January 8, 2026.

*C. Joe Fish*
_____
**A. JOE FISH**
**Senior United States District Judge**